UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:25CR00023 BRW |
| v. | |
| DAVID SLAUSON | 18 U.S.C. § 2252(a)(4)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 15, 2024, in the Eastern District of Arkansas, the defendant,

DAVID SLAUSON,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### FORFEITURE ALLEGATION

Upon conviction of Count One, of this Indictment, the defendant, DAVID SLAUSON, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

☐ NO TRUE BILL.   ☑ TRUE BILL.

### REDACTED SIGNATURE
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: LAUREN ELDRIDGE
Assistant United States Attorney
Bar No. 2014230
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Lauren.Eldridge@usdoj.gov