MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): 2 min ~5 min
ARRAIGNMENT, Length of Hearing (minutes): 3 min ~5 min

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.                              Case No.: 4:25CR00023-01 BRW

David Slauson

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 26 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

### PLEA AND ARRAIGNMENT REPORT

Plea Date: 2/26/2025                     Deft is ✓ is not ___ in custody
Continued Until: _____             ___ Deft did not appear
Reason for continuance _____          ___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: Kristin Bryant for Lauren Eldridge
Defense Counsel: Jawara Griffin for Latrece Gray   (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT                CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓ _____               Not Guilty _____
Guilty (indicates desire) _____       Guilty _____
Nolo Contendere (desire) _____        Nolo Contendere _____

✓ Demands Trial by Jury                    ___ Waives Jury Trial
                                              Deft agrees _____
                                              Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____
Gov't seeks detention and Defendant reserves right to address bond at a later time
Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: 2
Estimated Trial Date: 4/1/2025 @ 9:30 a.m., before the Honorable Judge Billy Roy Wilson in Room A401. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other: _____

DATE: 2/26/2025                            SO ORDERED: _____
                                                        U. S. MAGISTRATE JUDGE