IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

V.            Case No. 4:25-cr-00023-BRW-1

DAVID SLAUSON            DEFENDANT

## ORDER

Defendant David Slauson appeared today with counsel for his plea and arraignment. The Government requested detention. Defendant is currently in state custody and reserved his right to a bond hearing at a later time. Thus, this Court lodges a detainer.

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond hearing following his posting of bond or otherwise arranging terms of release from the custody of the state, county, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the United States Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport him to the United States District Court for the Eastern District of Arkansas.

SO ORDERED this 26th day of February, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE