**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 03 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**RECEIVED**
FEB 21 2025

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                         NO. 4:25CR00023 BRW

DAVID SLAUSON
USMS# 59777-511

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Van Buren County Jail and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

    We command that you surrender the body of David Slauson Van Buren County Jail Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on February 26, 2025 at 10:00 a.m., before the Honorable Jerome Kearney, and after the proceedings have been concluded, that you return David Slauson to the Van Buren County Jail under safe and secure conduct.

    IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 21 February 2025.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK

By: _____ D.C.

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME) _____ FROM _Pulaski_ TO _Court & back_ ON THIS DATE _2-26-25_ DEPUTY SIGNATURE AND DISTRICT: _PP_ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |