AO 442 (Rev. 01/09) Arrest Warrant (ARED /6/2021)

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

United States of America

v.

David Slauson

*Defendant*

Case No.: 4:25CR00023-01 BRW

RECEIVED FEB 0 5 2025

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 3 2025

TAMMY H. DOWNS, CLERK
By: R. Moore
     DEP CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ David Slauson _____

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **18 USC 2252 (a)(4)(B):Possession of child pornography, as further explained in the attached documents.**

Date: February 5, 2025

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 02/26/25, and the person was arrested on *(date)* 02/26/25
at *(city and state)* Little Rock, AR.

Date: 02/26/25

_____
*Arresting officer's signature*

Mark Henry / DUSM
*Printed name and title*

WHCAP